Angela Yun Delgado
POB 257-1689
Olympia Wa 98507

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In Re:

ANGELA YUN DELGADO ) CASE NO. 19-43978-MJH
     Debtor, ) Chapter 7
      )
ANGELA YUN DELGADO ) ADV. NO:
     Plaintiff, ) COMPLAINT TO DETERMINE
v. ) DISCHARGEABILITY OF A
US DEPARTMENT OF EDUCATION; ) DEBT (STUDENT LOANS)
AMERICAN EDUCATION SERVICES; )
and WELLS FARGO EDUCATION )
FINANCIAL SERVICES, )
     Defendant(s), )
      )

## I. PARTIES

1.1 ANGELA YUN DELGADO is the debtor herein (hereafter "Plaintiff"), and she filed for relief under Chapter 7 of the Bankruptcy Code (11 USC) on 12-16-2019. Plaintiff is with ACP Program in Olympia Washington and thus not stated her phone number and email herein;

1.2 US DEPARTMENT OF EDUCATION, AMERICAN EDUCATION SERVICES, and WELLS FARGO EDUCATION FINANCIAL SERVICES are the defendants herein.

1.3 Jurisdiction in these proceedings is vested in the above entitled court pursuant to 28 U.S.C. Sections 157, 1334, and 11 U.S.C. 523(c)(1).

1.4 Venue is in the United States Bankruptcy Court Western District of Washington

Complaint      1      Angela Yun Delgado
POB 257-1689
Olympia Wa 98507

pursuant to 28 U.S.C. 1409(a).

1.5 This Plaintiff does consent to entry of final orders or judgment by the bankruptcy court pursuant to FRBP 7008.

## II. FACTS

2.1 A. The Plaintiff incurred obligations presently owing to the defendant US Department of Education owing approximately as of the petition date $~~$158,478.89~~ $160,275.63, and who's address includes 400 Maryland Ave SW, Washington DC 20202; said loans are federal and are being serviced by Fed Loan Servicing, PO Box 69184, Harrisburg PA 17106; said loans require monthly payments of $447.35 for 356 months on Direct Sub Consolidation loan for 356 months until payoff expected date of 9-20-49, and monthly payment of $598.37 on Direct Unsub Consolidation Loan for 356 months with expected payoff date of 9-20-49;

B. The Plaintiff incurred obligations presently owing to the defendant AMERICAN EDUCATION SERVICES owing approximately at the petition date of $~~$49,445.74~~ $48,870.98 and who's address includes 1200 N 7th St Harrisburg PA 17102; said loans are private loans, not federal, and monthly payments are $369.97 on some loans, and monthly payment of $99.61 with expected payoff date of 5-14-29 on Standard Variable Non Sub loan, and a monthly payment of $221.12 on Standard Variable loan with payoff expected date of 11-2-2027, and $135.18 monthly payments on another loan Standard Variable with expected pay off date of 8-15-26;

C. The Plaintiff incurred obligations presently owing to the defendant WELLS FARGO EDUCATION FINANCIAL SERVICES owing approximately as of 10-28-19,

Complaint          2      Angela Yun Delgado
                                                            POB 257-1689
                                                            Olympia Wa 98507

$21,107.15 with monthly payments of $274.22, and who's address includes PO Box 5185 Sioux Falls SD 57117; said loans are private loans, not federal.

2.2 Said loan is believed to be for an educational benefit overpayment or loan made, insured or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit, or for an obligation to repay funds received as an educational benefit, scholarship or stipend, as described in 11 U.S.C. 523(a)(8).

2.3 On 12-16-19, the Plaintiff filed for relief under Chapter 7 of the U.S. Bankruptcy Code. All defendant's debts were listed as creditors in Schedule F filed herein;

2.4 That the debtor is married but separated since May 2013, and as of the petition date is aged 41 with dependents including her 3 year old daughter and 19 year old son living with her.

2.5 That to not discharge these student loans would impose an undue hardship on this Plaintiff ; Plaintiff cannot maintain based on current income and expenses a minimal standard of living for her and dependents;

2.6 Plaintiff cannot afford to repay the loan obligations set forth herein in full during the loan repayment periods; additional circumstances exist that establish the inability to pay will persist including but not limited to the following:

obligations to care for dependents and does not receive any child support at this time,

Complaint  3  Angela Yun Delgado
POB 257-1689
Olympia Wa 98507

future increasing expenses of raising her children including but not limited to food, clothes, household expenses, schooling, sports, medical, dental, inability to pay in full the loans versus any likely increases in debtor's income, lack of better financial options elsewhere; Plaintiff does not have assets to liquidate to pay off said loans;

2.7 Plaintiff has made good faith efforts to repay the loans; the debtor has made some payments since 2016 when they were first do and all defendants loans, minimized household living expenses including rent, utilities by living with my roommate who is my mother, maximized income with the practical limitations of the Plaintiff's vocational profile; the Plaintiff has not self - imposed the circumstances upon which she have this undue hardship in paying said loans; the Plaintiff has obtained forebearances and deferments when able to do so instead of defaulting on said loans; when all defendants payments finally became due at same time Plaintiff could no longer afford all such expenses and raise my family; Plaintiff expected to be able to pay when I was married and incurred said loans;

2.8 A discharge is expected in this case in March, 2020.

### III. THEORIES OF LIABILITY, DISCHARGE

3.1     That the plaintiff is and shall be discharged from a debt evidenced by the loans in paragraph 2.1 herein pursuant to 11 U.S.C. 523(a)(8) as in effect at the time of the petition herein; Section 523(a)(8);

3.2 That upon discharge by the above captioned bankruptcy court the plaintiff is entitled

| Complaint | 4 | Angela Yun Delgado<br>POB 257-1689<br>Olympia Wa 98507 |

to that relief set forth in 11 U.S.C. 524(a).

3.3 That in the event the defendant willfully violates the provisions of 11 U.S.C. 362, the plaintiff if injured, shall be entitled to a judgment against defendant for actual damages, including costs and attorney's fees, and punitive damages.

### IV. PRAYER

WHEREFORE, the debtor, prays for the following relief:

1. An order determining the debt owed to the defendants herein be determined to be dischargeable and thereby discharged pursuant to 11 U.S.C. § 523(a)(8) ;

2. For such other and further relief as the Court may deem just.

DATED THIS 9th DAY OF MARCH, 2020.

_/s/ Angela Y. Delgado_
Pro Se/Angela Yun Delgado
POB 257-1689
Olympia Wa 98507

Complaint      5      Angela Yun Delgado
POB 257-1689
Olympia Wa 98507

```
1   Angela Yun Delgado
    POB 257-1689
2   Olympia Wa 98507
3
4              UNITED STATES BANKRUPTCY COURT FOR
             THE WESTERN DISTRICT OF WASHINGTON AT TACOMA
5   In Re:
6   ANGELA YUN DELGADO           )   CASE NO. 19-43978-MJH
             Debtor,              )   Chapter 7
7   _____ )
    ANGELA YUN DELGADO           )   ADV. NO:
8            Plaintiff,           )
9   v.                            )   Notice Regarding Final
    US DEPARTMENT OF EDUCATION;  )   Adjudication and Consent
10  AMERICAN EDUCATION SERVICES; )
    and WELLS FARGO EDUCATION    )
11  FINANCIAL SERVICES,           )
12           Defendant(s),        )
                                  )
13  _____ )
```

14  Pursuant to 28 U.S.C. 157(b)(2), Federal Rules of Bankruptcy Procedure 7008(a) and

7012 (b), and Local Rule of Bankruptcy Procedure 7012-1(a) the Plaintiff states as follows. Said

7008(a) requires the allegation of jurisdiction shall also contain a reference to the name, number,

and chapter of the case under the Code to which the adversary proceeding relates and to the

district and division where the case under the Code is pending.

In the instant case, said name, number and chapter and district and division to which this

adversary is filed is set forth in the caption above and hereby incorporated by reference. In this

adversary proceeding before this bankruptcy court, the Plaintiff parties herein do consent to

entry of final orders or judgment by the bankruptcy court and admits that the above-captioned

Notice Regarding Final Adjudication          1          ANGELA YUN DELGADO
And Consent

adversary proceeding is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(I). Jurisdiction in these proceedings is vested in the above entitled court pursuant to 28 U.S.C. Sections 157, 1334, and 11 U.S.C. 523(c)(1). Venue is in the United States Bankruptcy Court Western District of Washington pursuant to 28 U.S.C. 1409(a).

DATED THIS 9TH DAY OF MARCH, 2020

*Angela Y Delgado*
ANGELA YUN DELGADO PRO SE

Notice Regarding Final Adjudication And Consent      2      ANGELA YUN DELGADO