# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In Re:

Angela Yun Delgado

           Debtor(s).

Case No. 19–43978–MJH

**Adv. Proc. No.**
**20–04012–MJH**

(ALL DOCUMENTS REGARDING THIS MATTER **MUST** BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

Angela Yun Delgado

           Plaintiff(s),

v.

US Department of Education, American Education Services, and Wells Fargo Education Financial Services

           Defendant(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. A copy of the complaint is attached to this summons.

Address of Clerk:

        U.S. Bankruptcy Court
        1717 Pacific Avenue
        Suite 2100
        Tacoma, WA 98402

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney (or Plaintiff if not represented by an attorney).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by an attorney):

        Angela Yun Delgado
        POB 257–1689
        Olympia, WA 98507

If you file a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A FINAL JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Mark L. Hatcher
Clerk, U.S. Bankruptcy Court

**Date of Issuance: <u>March 11, 2020</u>**

*Summons must be served within 7 days of date of issuance, <u>Fed. R. Bankr. P. 7004(e).</u> Plaintiff shall file a certificate of service within 14 days after service has been effected. <u>Local Rule W.D. Wash. Bankr. 7004–1.</u>*

# UNITED STATES BANKRUPTCY COURT
### Western District of Washington

In Re:

Angela Yun Delgado

        Debtor(s).

Case Number: 19−43978−MJH

**Adversary Case Number: 20−04012−MJH**

Angela Yun Delgado

        Plaintiff(s),

v.

US Department of Education, American Education Services, and Wells Fargo Education Financial Services

        Defendant(s).

## MEDIATION CERTIFICATION

Pursuant to Local Bankruptcy Rule 9040−3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit any of them.

Dated: _____

_____
Signature of Plaintiff/Cross Plaintiff
Printed Name: _____

Dated: _____

_____
Signature of Counsel for Plaintiff/Cross Plaintiff
Printed Name: _____

Dated: _____

_____
Signature of Defendant/Cross Defendant
Printed Name: _____

Dated: _____

_____
Signature of Counsel for Defendant/Cross Defendant
Printed Name: _____

***NOTE:*** *This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*

*The completed Certification must be filed with the court electronically or by mailing a paper copy to the Clerk of the Bankruptcy Court, 700 Stewart St., Room 6301, Seattle, WA 98101.*