UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In re: | Case No. 19-43978-MJH |
|---|---|
| ANGELA YUN DELGADO,<br>                                     Debtor. | |
| ANGELA YUN DELGADO,<br>                                    Plaintiff,<br>v.<br>U.S. DEPARTMENT OF EDUCATION, et. al.,<br>                                   Defendants. | Adversary Case No. 20-04012-MJH<br><br>ANSWER TO COMPLAINT BY WELLS FARGO EDUCATION FINANCIAL SERVICES |

Wells Fargo Education Financial Services ("Wells Fargo") answers Plaintiff's complaint as follows:

**I.    PARTIES**

1.1    Admit Plaintiff is the bankruptcy debtor, and her bankruptcy case and filings speak for themselves. Deny for lack of knowledge Plaintiff's allegations concerning "ACP Program."

1.2    Admit.

1.3    Admit.

1.4    Admit.

1.5    No response required.

Answer
Page -1-
MH

Case 20-04012-MJH    Doc 7    Filed 04/09/20    Ent. 04/09/20 12:09:18    Pg. 1 of 4

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

## II. FACTS

2.1 A. Deny for lack of knowledge.

2.2 B. Deny for lack of knowledge.

2.2 C. Admit Plaintiff is indebted to Wells Fargo on two private student loans, the combined unpaid balance of which is $21,324.33 as of March 27, 2020. The monthly payments on the loans are $113.58 and $158.68, respectively. Admit the address for remitting payment.

2.2  Admit.

2.3  The bankruptcy case and filings speak for themselves. Deny that all debts were properly scheduled for lack of knowledge.

2.4  Deny for lack of knowledge.

2.5  Deny.

2.6  Deny.

2.7  Admit payments have been made on both loan since 2016, and admit there have been forbearances or deferments on both loans. Deny the remainder of the averment for lack of knowledge.

2.8  Deny for lack of knowledge.

## III. THEORIES OF LIABILITY; DISCHARGE

3.1  Deny.

3.2  Deny.

3.3  Deny.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a claim for relief.

2. Plaintiff's claims are barred by the doctrine of estoppel, waiver and unclean hands.

3. Plaintiff is not entitled to the undue hardship exception;

4. Wells Fargo reserves the right to add affirmative defenses.

Answer
Page -2-
MH

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

Case 20-04012-MJH    Doc 7    Filed 04/09/20    Ent. 04/09/20 12:09:18    Pg. 2 of 4

## **PRAYER FOR RELIEF**

Wells Fargo asks for the following relief:

1. Dismissal with prejudice;

2. That the debt owed to Wells Fargo be declared non-dischargeable and enforceable;

3. For such further relief as the Court may determine just.

DATED April 9, 2020

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Wells Fargo Education Financial Services

Answer
Page -3-
MH

Case 20-04012-MJH    Doc 7    Filed 04/09/20    Ent. 04/09/20 12:09:18    Pg. 3 of 4

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

## Declaration of Service

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. On April 9, 2020 I caused a copy of the **Answer to Complaint by Wells Fargo Education Financial Services** to be served to the following in the manner noted below:

| | |
|---|---|
| Angela Yun Delgado<br>PO. Box 257-1689<br>Olympia, WA  98507<br><br>*Pro Se* Plaintiff / Debtor | [**X**] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[**X**] CM/ECF Electronic Notice |
| Richard D. Granvold<br>Law Office of Richard D. Granvold, P.S.<br>31620 23rd Ave. S., Suite 205<br>Federal Way, WA  989003<br><br>Attorney for Debtor | [**X**] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[**X**] CM/ECF Electronic Notice |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 9th day of April, 2020.

/s/  Kristine Stephan
Kristine Stephan, Paralegal

Answer
Page -4-
MH
Case 20-04012-MJH    Doc 7    Filed 04/09/20    Ent. 04/09/20 12:09:18    Pg. 4 of 4

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104