| | |
|---|---|
| 1  ANGELA YUN DELGADO<br>   POB 257-1689<br>2  OLYMPIA WA 98507 | Hon. MARY JO HESTON<br>Ex Parte |

3  UNITED STATES BANKRUPTCY COURT
   FOR THE WESTERN DISTRICT OF WASHINGTON
4

5  In re:
   ANGELA YUN DELGADO
             Debtor,                    ) Chapter 7 Case #19-43978
6                                       )
   ─────────────────────────────────
   ANGELA YUN DELGADO                   ) Adversary No. 20-04012
7          Plaintiff,                   )
                                        ) EX PARTE MOTION AND DECLARATION
8  v.                                   ) RE: ORDER OF DEFAULT & JUDGMENT
                                        ) AGAINST DEFENDANT AMERICAN
   US DEPARTMENT OF EDUCATON,           ) EDUCATION SERVICES ONLY
9  ET AL.                               )
           Defendants,                  )

## NOTICE OF HEARING NOT REQUIRED

Ex parte hearing as no notice of appearance has been received by some defaulting defendants. This motion does NOT apply against any defendant except American Education Services.

### I. MOTION

1. <u>Relief Sought</u>: Plaintiff moves for an order of default and default judgment of dischargeability against ONLY the Defendant American Education Services (hereafter "AES") . Hereafter all above defaulting defendants identified as "defendants" for this pleading only includes only defendant American Education Services.

2. <u>Grounds</u>: Defendant has failed to answer Plaintiff's Complaint within the time required by law and the complaint seeks specific relief of the dischargeability of debt.

3. <u>Basis</u>: This Motion is based on all pleadings and motions on file herein, including the Declaration of service on file herein, and the declaration of Angela Delgado .

4. <u>Notice</u>: Notice has been not been provided to said defendants as no notice of appearance has been made.

DATED THIS 30th DAY OF APRIL, 2020

---

Ex Parte Motion for Order of Default         1        Angela Yun Delgado
& Default Judgment                                    POB 257-1689
                                                      Olympia Wa 98507

Case 20-04012-MJH    Doc 14    Filed 05/04/20    Ent. 05/04/20 11:36:25    Pg. 1 of 15

ANGELA YUN DELGADO

DECLARATION IN SUPPORT OF MOTION

1. <u>Action.</u> I am the Plaintiff herein.

2. <u>Service.</u> The defendants were served with a summons dated March 11, 2020, and complaint dated March 9, 2020, on March 18, 2020, as is evident in the Proof of Service of Summon & Complaint dated March 18th, 2020, on file herein.

The Summons were served by US Postal Service, postage prepaid to the attention of the President of such defendants where appropriate and by certified mail where indicated in said declarations of service as well. That summons instructed the defendants that they were required to file an answer or motion to the complaint to the clerk of the bankruptcy court within 30 days of the issuance of the summons, and at the same time to serve a copy of the motion or answer upon the Plaintiff's attorney. No motion or answer or any communication has been received from said defendant AES.

Plaintiff has filed a certificate of service of the summons as set forth above within 14 days after service has been effected as required by Local FRBP 7004(b). FRBP 7012 requires that the Defendant shall serve the answer within thirty days after issuance of the summons. More than thirty days have elapsed since the date of the service of the Summons and Complaint upon these defendants. Therefore, Plaintiffs are entitled to an Order of Default herein with respect to the defendants AES but not any other defendant.

3. <u>Relief Certain.</u> The complaint requests a judgment that the debt owed to the defendant herein be discharged pursuant to 11 Section 523(a)(8). FRBP 7055 incorporates Rule 55 FRCP.

Under the penalty of perjury of the laws of the state of Washington I hereby declare the foregoing as true and correct.

DATED THIS 30TH DAY OF APRIL, 2020 AT TACOMA WA.

*Angela Y Delgado*
ANGELA YUN DELGADO

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:
ANGELA YUN DELGADO
         Debtor,

Chapter 7 Case #19-43978

ANGELA YUN DELGADO
         Plaintiff,
v.

US Department of Education
Et al.
         Defendants,

Adversary No. 20-04012

EX PARTE ORDER OF DEFAULT
AGAINST DEFENDANT
AMERICAN EDUCATION SERVICES

1.1 Date: ex parte hearing. For all purposes herein, "Defendant" shall refer to the defendant American Education Services (hereafter "AES") hereafter and all above defaulting defendants identified as "defendants" for this pleading only it does not include Wells Fargo Education Financial Services or US Department of Education.

1.2 Notice of Hearing. A Summons dated March 11, 2020 and Complaint dated March 9, 2020 was served on the Defendant AES as set forth in the Proof of Service dated May 18, 2020 on file herein. The debtor's attorney in her underlying

Order of Default           1        ANGELA YUN DELGADO
                                               PRO SE
                                               POB 257-1689
                                               OLYMPIA WA 98507

bankruptcy served said defendant AES.

1.3 <u>Appearances</u>. Plaintiff appeared PRO SE. The defaulting Defendant did not appear.

1.4 <u>Purpose</u>. To consider Plaintiffs' Motion for Order of Default and Judgment.

1.5 <u>Evidence</u>. The Declaration of Angela Delgado annexed to Motion for Default and pleadings identified therein and proof of service filed herein.

## II. FINDINGS

2.1 <u>Service</u>. The Defendant American Education Services (hereafter "AES") was properly served as is evident in the Declaration of Service on file herein and declaration set forth in the motion for Default Order.

2.2 <u>Appearance</u>. Defendant American Education Services (AES) have not appeared.

2.3 <u>Notice</u>. Defendant AES were not served notice of this hearing as no appearance has been made.

2.4 Relief: Plaintiff is entitled to a default order and judgment for relief as sought in complaint against said defendant American Education Services.

## III. ORDER

3.1 <u>Default</u>. On the basis of the foregoing findings, It Is Ordered that Defendant American Education Services be declared in default, that the amended summons was timely served, and that said defendants failed to answer within the time required by law.

Order of Default     2     ANGELA YUN DELGADO
PRO SE
POB 257-1689
OLYMPIA WA 98507

3.2 The court clerk may NOT proceed to close this case as other defendants still remain in litigation herein. This order does NOT affect defendants US Department of Education or Wells Fargo Education Financial Services.

/// END OF ORDER ///

Presented by:

*[signature: Angela Y Delgado]*

ANGELA YUN DELGADO

PRO SE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:
ANGELA YUN DELGADO
        Debtor,

ANGELA YUN DELGADO
        Plaintiff,
v.

US Department of Education
Et al.
        Defendants,

Chapter 7 Case #19-43978

Adversary No. 20-04012

JUDGMENT OF FULL DISCHARGE
OF STUDENT LOANS OWED
AMERICAN EDUCATION SERVICES

## JUDGMENT SUMMARY

1. Judgment Debtor:      AMERICAN EDUCATION SERVICES
2. Judgment Creditor:      ANGELA YUN DELGADO
3. Principal Judgment Amount:      $ 0
4. Prejudgment Interest:      $ 0
5. Attorney's Fees:      $ 0
6. Costs:      $ 0
7. TOTAL JUDGMENT AMOUNT:      $ 0

Judgment Discharging Debts      1      ANGELA YUN DELGADO
PRO SE
POB 257-1689
OLYMPIA WA 98507

8. Attorney for Judgment Creditor : PRO SE

The court having entered an order of default on defendant AMERICAN EDUCATION SERVICES, and now pursuant to the Motion for Default Judgment dated April 30, 2020 and the debtor having been indebted to defendants American Education Services and based on the files and records herein and the declaration of Angela Yun Delgado dated April 30, 2020 requesting this order that said debts are dischargeable in full pursuant to 11 U.S.C. 523(a)(8) as provided herein, and having been fully advised in the premises, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**

1. that said debt owed by Angela Yun Delgado is discharged pursuant to 11 U.S.C. 523(a)(8) in full said debts owed to AMERICAN EDUCATION SERVICES ;

2. Each party shall incur their own attorney fees and costs;

3. This case shall not be closed as other defendants still remain at this time;

/// END OF ORDER ///

Presented by:

_____
ANGELA YUN DELGADO
PRO SE

Judgment Discharging Debts    2    ANGELA YUN DELGADO
PRO SE
POB 257-1689
OLYMPIA WA 98507

ANGELA YUN DELGADO  
POB 257-1689  
OLYMPIA WA 98507

Hon. MARY JO HESTON  
Ex Parte

UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:  
ANGELA YUN DELGADO  
        Debtor,

ANGELA YUN DELGADO  
        Plaintiff,  
v.

US DEPARTMENT OF EDUCATON,  
ET AL.  
        Defendants,

Chapter 7 Case #19-43978

Adversary No. 20-04012  
DECLARATION OF DEBTOR IN SUPPORT OF JUDGMENT

## DECLARATION IN SUPPORT OF MOTION

1. I, Angela Yun Delgado, am the Plaintiff herein.

2. I have been separated since May 2013. My statements of facts as set forth in the Complaint filed herein are all true and accurate and hereby incorporated by reference.

3. Family: I have 2 dependents including a 3 year old daughter and 19 year old son, whom both live with me.

4. <u>Student Loan Debts: I owe $160,275 and $21,107 to the other 2 non - defaulting defendants and $48,870 to American Education Services (hereafter "AES").</u> The monthly loan payments equal $1,319.94 not including the monthly student loan payments owed to AES of $826 monthly. Other facts are as follows on all these student loan debts:

    4.1 A. US Department of Education loans are federal and are being serviced by Fed Loan Servicing, PO Box 69184, Harrisburg PA 17106; said loans require monthly payments of $447.35 for 356 months on Direct Sub Consolidation loan for 356 months until payoff expected date of 9-20-49, and monthly payment of $598.37 on Direct Unsub Consolidation Loan for 356 months with expected payoff date of 9-20-49;

Declaration of Plaintiff In Support of Default     1     Angela Yun Delgado  
POB 257-1689  
Olympia Wa 98507  
Case 20-04012-MJH    Doc 14    Filed 05/04/20    Ent. 05/04/20 11:36:25    Pg. 8 of 15

B. Obligations presently owing to the defendant AMERICAN EDUCATION SERVICES are private loans, not federal, and monthly payments are $369.97 on some loans, and monthly payment of $99.61 with expected payoff date of 5-14-29 on Standard Variable Non Sub loan, and a monthly payment of $221.12 on Standard Variable loan with payoff expected date of 11-2-2027, and $135.18 monthly payments on another loan Standard Variable with expected pay off date of 8-15-26;

C. Obligations presently owing to the defendant WELLS FARGO EDUCATION FINANCIAL SERVICES have monthly payments of $274.22, said loans are private loans, not federal.

Thus, my monthly payments to the 2 non-defaulting defendants together total $1,319.94 and does NOT include the monthly payments owed to AES of approximately $825.86 a month.

5 <u>Monthly Income:</u> my monthly net take home income is approximately $4,413 a month and monthly expenses are approximately as stated in Schedule J , both attached hereto as part hereof. The monthly expenses of $6894.85 include $1966.82 in student loan payments which excluding such then equals $4,928.03.

My vehicle is a VW Jetta with over 175,000 miles on it which will also need replacement at some point and related vehicle payments which I do not have presently.

<u>Prong II:</u> Future Changes and ability to pay off my student loan debts : I cannot pay off in FULL all student loans in the contract period as required by Prong II of the student loan test . I am not likely in reasonable future to in fact have any money to pay on them at all . My 3 year old will only increase in expenses as she grows and education, clothes, sports, girls feminine products, etc. Thus, the negative cash is more than likely to continue.

Additional circumstances exist that establish the inability to pay will persist including but not limited to the following: obligations to care for dependents and does not receive any child support at this time, future increasing expenses of raising her

Declaration of Plaintiff In Support of Default        2        Angela Yun Delgado
                                                               POB 257-1689
                                                               Olympia Wa 98507

children including but not limited to food, clothes, household expenses, schooling, sports, medical, dental, inability to pay in full the loans versus any likely increases in debtor's income, lack of better financial options elsewhere. I do not have assets to liquidate to pay off said loans;

Prong III I have made good faith efforts to repay the loans. I have made some payments since 2016 when they were first do and all defendants loans, minimized household living expenses including rent, utilities by living with my roommate who is my mother, maximized income with the practical limitations of the Plaintiff's vocational profile; the Plaintiff has not self - imposed the circumstances upon which she have this undue hardship in paying said loans; the Plaintiff has obtained forebearances and deferments when able to do so instead of defaulting on said loans; when all defendants payments finally became due at same time Plaintiff could no longer afford all such expenses and raise my family; Plaintiff expected to be able to pay when I was married and incurred said loans;

Bankruptcy Information: I filed chapter 7 on 12-16-19 and recently obtained my discharge.

Co-Debtor payments not able to occur ever: My mom is co-signor on the Wells Fargo student loan debt also but she has never paid. She is also a disabled senior born in 1941, not working and not able to make payments on said student loan debts.

In light of my attempt to earn income and history of trying to do so, my children, income and expenses, and the total student loan debts owed and monthly payments thereon on the non-defaulting student loan defendants, I ask this Court to enter the judgment discharging my student loans owed to Defendant AES.

Under the penalty of perjury of the laws of the state of Washington I hereby declare the foregoing as true and correct.

Declaration of Plaintiff In Support of Default     3     Angela Yun Delgado
POB 257-1689
Olympia Wa 98507

DATED THIS 30TH DAY OF APRIL, 2020 AT TACOMA WA.

*[signature: Angela Y Delgado]*
ANGELA YUN DELGADO
Pro Se

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Angela Yun Delgado |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | CONTRACTING | |
| Employer's name | Address Confidentiality Program | |
| Employer's address | | |
| How long employed there? | 4 YRS | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 6,440.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 6,440.00 | $ N/A |

Official Form 106I      Schedule I: Your Income      page 1

Debtor 1 Angela Yun Delgado  Case number (if known)

|     |     | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 6,440.00 | $ N/A |

5. List all payroll deductions:
   - 5a. Tax, Medicare, and Social Security deductions — 5a. $ 1,455.78 — $ N/A
   - 5b. Mandatory contributions for retirement plans — 5b. $ 51.52 — $ N/A
   - 5c. Voluntary contributions for retirement plans — 5c. $ 322.00 — $ N/A
   - 5d. Required repayments of retirement fund loans — 5d. $ 125.80 — $ N/A
   - 5e. Insurance — 5e. $ 29.90 — $ N/A
   - 5f. Domestic support obligations — 5f. $ 0.00 — $ N/A
   - 5g. Union dues — 5g. $ 42.00 — $ N/A
   - 5h. Other deductions. Specify: _____ — 5h.+ $ 0.00 + $ N/A

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6. $ 2,027.00  $ N/A

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7. $ 4,413.00  $ N/A

8. List all other income regularly received:
   - 8a. Net income from rental property and from operating a business, profession, or farm
     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. — 8a. $ 0.00 — $ N/A
   - 8b. Interest and dividends — 8b. $ 0.00 — $ N/A
   - 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. — 8c. $ 0.00 — $ N/A
   - 8d. Unemployment compensation — 8d. $ 0.00 — $ N/A
   - 8e. Social Security — 8e. $ 0.00 — $ N/A
   - 8f. Other government assistance that you regularly receive
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: _____ — 8f. $ 0.00 — $ N/A
   - 8g. Pension or retirement income — 8g. $ 0.00 — $ N/A
   - 8h. Other monthly income. Specify: _____ — 8h.+ $ 0.00 + $ N/A

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9. $ 0.00  $ N/A

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10. $ 4,413.00 + $ N/A = $ 4,413.00

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____  11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies  12. $ 4,413.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I  Schedule I: Your Income  page 2

Case 20-04012-MJH    Doc 14    Filed 05/04/20    Ent. 05/04/20 11:36:25    Pg. 13 of 15

Fill in this information to identify your case:

Debtor 1    Angela Yun Delgado

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

    ■ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?  ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 3 | ☐ No ■ Yes |
| SON | 19 | ☐ No ■ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
    ■ No
    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $    400.00

    If not included in line 4:

    4a. Real estate taxes                                          4a. $    0.00
    4b. Property, homeowner's, or renter's insurance              4b. $    41.74
    4c. Home maintenance, repair, and upkeep expenses             4c. $    75.00
    4d. Homeowner's association or condominium dues               4d. $    0.00
5. Additional mortgage payments for your residence, such as home equity loans  5. $    0.00

Debtor 1   Angela Yun Delgado                                          Case number (if known)

6. Utilities:
   - 6a. Electricity, heat, natural gas        6a. $ 250.00
   - 6b. Water, sewer, garbage collection        6b. $ 260.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services        6c. $ 604.37
   - 6d. Other. Specify:        6d. $ 0.00
7. Food and housekeeping supplies        7. $ 1,000.00
8. Childcare and children's education costs        8. $ 200.00
9. Clothing, laundry, and dry cleaning        9. $ 270.00
10. Personal care products and services        10. $ 150.00
11. Medical and dental expenses        11. $ 162.50
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.        12. $ 316.66
13. Entertainment, clubs, recreation, newspapers, magazines, and books        13. $ 50.00
14. Charitable contributions and religious donations        14. $ 0.00
15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance        15a. $ 55.00
    - 15b. Health insurance        15b. $ 0.00
    - 15c. Vehicle insurance        15c. $ 362.99
    - 15d. Other insurance. Specify: mothers car insurance        15d. $ 104.82
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:        16. $ 0.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1        17a. $ 0.00
    - 17b. Car payments for Vehicle 2        17b. $ 0.00
    - 17c. Other. Specify: HOME ALARM        17c. $ 51.00
    - 17d. Other. Specify: STORAGE        17d. $ 69.95
    - STUDENT LOAN PAYMENTS        $ 1,966.82
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).        18. $ 0.00
19. Other payments you make to support others who do not live with you. Specify:        19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*
    - 20a. Mortgages on other property        20a. $ 0.00
    - 20b. Real estate taxes        20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance        20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses        20d. $ 0.00
    - 20e. Homeowner's association or condominium dues        20e. $ 0.00
21. Other: Specify: DIAPERS        21. +$ 50.00
    - Sons College help        +$ 200.00
    - PET/ANIMAL (2 DOGS)        +$ 100.00
    - GIFTS        +$ 100.00
    - STAMPS        +$ 4.00
    - BUSINESS EXPENSES        +$ 50.00

22. Calculate your monthly expenses
    - 22a. Add lines 4 through 21.        $ 6,894.85
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        $
    - 22c. Add line 22a and 22b. The result is your monthly expenses.        $ 6,894.85

23. Calculate your monthly net income.
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I.        23a. $ 4,413.00
    - 23b. Copy your monthly expenses from line 22c above.        23b. -$ 6,894.85
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*        23c. $ -2,481.85

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.        Explain here: CANNOT AFFORD ALL REASONABLE AND NORMAL LIVING EXPENSES AND STUDENT LOAN PAYMENTS UNTIL MORE INCOME RECEIVED.