**Below is the Order of the Court.**

*Mary Jo Heston*
Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:
ANGELA YUN DELGADO
        Debtor,

)
) Chapter 7 Case #19-43978
)

ANGELA YUN DELGADO
        Plaintiff,
v.

US Department of Education
Et al.
        Defendants,

)
) Adversary No. 20-04012
)
) JUDGMENT OF FULL DISCHARGE
) OF STUDENT LOANS OWED
) AMERICAN EDUCATION SERVICES
)
)
)

**JUDGMENT SUMMARY**

| | | |
|---|---|---|
| 1. | Judgment Debtor: | AMERICAN EDUCATION SERVICES |
| 2. | Judgment Creditor: | ANGELA YUN DELGADO |
| 3. | Principal Judgment Amount: | $ 0 |
| 4. | Prejudgment Interest: | $ 0 |
| 5. | Attorney's Fees: | $ 0 |
| 6. | Costs: | $ 0 |
| 7. | TOTAL JUDGMENT AMOUNT: | $ 0 |

Judgment Discharging Debts     1     ANGELA YUN DELGADO
PRO SE
POB 257-1689

8. Attorney for Judgment Creditor : PRO SE

The court having entered an order of default on defendant AMERICAN EDUCATION SERVICES, and now pursuant to the Motion for Default Judgment dated April 30, 2020 and the debtor having been indebted to defendants American Education Services and based on the files and records herein and the declaration of Angela Yun Delgado dated April 30, 2020 requesting this order that said debts are dischargeable in full pursuant to 11 U.S.C. 523(a)(8) as provided herein, and having been fully advised in the premises, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**

1. that said debt owed by Angela Yun Delgado is discharged pursuant to 11 U.S.C. 523(a)(8) in full said debts owed to AMERICAN EDUCATION SERVICES ;

2. Each party shall incur their own attorney fees and costs;

3. This case shall not be closed as other defendants still remain at this time;

/// END OF ORDER ///

Presented by:

_____
ANGELA YUN DELGADO
PRO SE

Angela Y Delgado
5/14/2020

Judgment Discharging Debts     2     ANGELA YUN DELGADO
PRO SE
POB 257-1689
OLYMPIA WA 98507