The Honorable Mary Jo Heston

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>ANGELA YUN DELGADO,<br><br>Debtor. | Bankr. No. 19-43978-MJH<br>Chapter 7 |
| ANGELA YUN DELGADO,<br><br>Plaintiff,<br><br>v.<br><br>US DEPARTMENT OF EDUCATION; AMERICAN EDUCATION SERVICES; and WELLS FARGO EDUCATION FINANCIAL SERVICES,<br><br>Defendants. | Adv. Proc. No. 20-04012-MJH<br><br>STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE |

COME NOW the Plaintiff Angela Yun Delgado, and the United States of America, on behalf of the Department of Education ("DOE"), by and through its undersigned counsel, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the voluntary

STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY
PROCEEDING - 1
(A19-01015-MLB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 20-04012-MJH    Doc 21    Filed 05/29/20    Ent. 05/29/20 13:52:59    Pg. 1 of 2

dismissal without prejudice of the adversary proceeding herein, based upon the parties' agreement that Plaintiff is eligible for, and agrees to apply for, an Income-Driven Repayment Plan made available through DOE.

Stipulated and Agreed to:

/s/ Angela Y Delgado                            Dated: 05/26/2020
ANGELA YUN DELGADO
Plaintiff pro se


BRIAN T. MORAN
United States Attorney

/s/ Kristen R. Vogel                              Dated: 05/26/2020
KRISTEN R. VOGEL, NY Bar #5195664
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4067
Email: kristen.vogel@usdoj.gov
Attorney for United States

STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING - 2
(A19-01015-MLB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970