Scott S. Anders, WSBA #19732
scott.anders@jordanramis.com
Daniel L. Steinberg, WSBA #30080
daniel.steinberg@jordanramis.com
Joseph A. Rohner IV, WSBA #47117
JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
Telephone: (360) 567-3900
Facsimile: (360) 567-3901

*Attorneys for American Education Services*

Hon. Mary Jo Heston
Chapter: 7
Hearing Date: July 14, 2020
Hearing Time: 9:00 a.m.
Response Date: July 7, 2020

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

ANGELA YUN DELGADO,

Debtor.

Case No. 19-43978-MJH
Adv No.: 20-04012-MJH

DECLARATION OF IN SUPPORT OF AMERICAN EDUCATION SERVICES' MOTION TO VACATE DEFAULT JUDGMENT

I, Katelynn Bias, do hereby state and declare as follows:

1. I am over eighteen years of age and am competent to make the statements contained herein. I make this declaration based upon my personal knowledge and I am competent to testify to the matters stated in this declaration. I make this declaration in support of American Education Services' Motion to Vacate Default Judgment entered on or about May 19, 2020.

2. I am the Disability and Bankruptcy Processing Supervisor in the Guarantor Insurer Relations Department and held this position for eight years. I have access to the business records kept in the ordinary course that were necessary for me to have personal knowledge of the statements made in this declaration.

3. Based on the business records of American Education Services, the Adversary

DECLARATION OF IN SUPPORT OF AMERICAN
EDUCATION SERVICES' MOTION TO VACATE
DEFAULT JUDGMENT - Page 1

JORDAN RAMIS PC
Attorneys at Law
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
Telephone: (360) 567-3900 Fax: (360) 567-3901
54115-78504 4823-2795-5903.1

Complaint and Summons filed by Ms. Delgado arrived at American Education Service's physical location on or near March 23, 2020. By that date, however, substantial personnel and staffing limitations were put in place in response to statewide restrictions that arose in the wake of the Coronavirus Pandemic. These restrictions led to almost no staff members working and processing mail in the ordinary course of business, which unfortunately also led to a delay of several weeks in processing and addressing the Adversary Complaint. By the time this matter was addressed, Plaintiff had already received and Order of Default and Judgment of Default.

4. As an additional complicating factor, the business records for Plaintiff's student loans have also used a different last name ("Angela Y. Motts" as opposed to the bankruptcy records, which were under "Angela Yun Delgado"). It took several additional days of processing and evaluation before we were able to discover which loans were at issue in this matter.

5. When the Adversary Complaint was processed and Plaintiff's name was matched to the appropriate loans, immediate efforts were made to retain local counsel to address the matter appropriately and to ask the court to set aside or vacate the Order and the Judgment of Default. By this time, however, both the Order and the Judgment had already been signed and entered by the Court.

6. Based on my review of the business records, Defendant American Education Services is not the owner of any of the loans discussed in the Adversary Complaint. The three loans discussed are owned by National Collegiate Student Loan Trust, and/or Towd Point. Neither of these entities were named as parties in the adversary complaint. Defendant, American Education Services holds no ownership interest in these loans, but is merely the loan servicer for the owners of the loans, the holder(s) of the note.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE

DECLARATION OF IN SUPPORT OF AMERICAN EDUCATION SERVICES' MOTION TO VACATE DEFAULT JUDGMENT - Page 2

JORDAN RAMIS PC
Attorneys at Law
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
Telephone: (360) 567-3900 Fax: (360) 567-3901
54115-78504 4823-2795-5903.1

Case 20-04012-MJH    Doc 23    Filed 06/10/20    Ent. 06/10/20 12:48:42    Pg. 2 of 5

1 AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

2 DATED this 9 day of June, 2020.

By: /s/ Katelyn Bias

DECLARATION OF IN SUPPORT OF AMERICAN
EDUCATION SERVICES' MOTION TO VACATE
DEFAULT JUDGMENT - Page 3

JORDAN RAMIS PC
Attorneys at Law
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
Telephone: (360) 567-3900 Fax: (360) 567-3901
54115-78504 4823-2795-5903.1

Case 20-04012-MJH    Doc 23    Filed 06/10/20    Ent. 06/10/20 12:48:42    Pg. 3 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **DECLARATION OF KATELYNN BIAS IN SUPPORT OF AMERICAN EDUCATION SERVICES' MOTION TO VACATE DEFAULT JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Angela Yun Delgado
PO Box 257-1689
Olympia, WA 98507
*Pro Se*

Kristen R Vogel
US Attorney's Office
700 Stewart St, Ste 5220
Seattle, WA 98101
206-553-7970
Email: kristen.vogel@usdoj.gov
*Attorney for US Department of Education*

Joseph W McIntosh
James K Miersma
McCarthy & Holthus, LLP
108 1st Avenue South, Suite 300
Seattle, WA 98104
(206) 319-9049
Fax : (206) 780-6862
Email: jmcintosh@McCarthyHolthus.com
Email: bknotice@mccarthyholthus.com
*Attorneys for Wells Fargo Education Financial Services*

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101
(206) 553-2000
USTPRegion18.SE.ECF@usdoj.gov

Mark D Waldron
6711 Regents Blvd W, Suite B
Tacoma, WA 98466
253-565-5800 x101
Trustee@mwaldronlaw.com
*(US Trustee)*

DECLARATION OF KATELYNN BIAS IN SUPPORT OF
AMERICAN EDUCATION SERVICES' MOTION TO
VACATE DEFAULT JUDGMENT – Page 4

JORDAN RAMIS PC
Attorneys at Law
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
Telephone: (360) 567-3900 Fax: (360) 567-3901
54115-78504 4823-2795-5903.1

Case 20-04012-MJH    Doc 23    Filed 06/10/20    Ent. 06/10/20 12:48:42    Pg. 4 of 5

I also certify the foregoing DECLARATION OF KATELYNN BIAS IN SUPPORT OF AMERICAN EDUCATION SERVICES' MOTION TO VACATE DEFAULT JUDGMENT was served via U.S. Mail on the following parties:

Angela Yun Delgado
PO Box 257-1689
Olympia, WA 98507
*Pro Se*

Kristen R Vogel
US Attorney's Office
700 Stewart St, Ste 5220
Seattle, WA 98101
206-553-7970
Email: kristen.vogel@usdoj.gov
*Attorney for US Department of Education*

Joseph W McIntosh
James K Miersma
McCarthy & Holthus, LLP
108 1st Avenue South, Suite 300
Seattle, WA 98104
(206) 319-9049
Fax : (206) 780-6862
Email: jmcintosh@McCarthyHolthus.com
Email: bknotice@mccarthyholthus.com
*Attorneys for Wells Fargo Education Financial Services*

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101
(206) 553-2000
USTPRegion18.SE.ECF@usdoj.gov

Mark D Waldron
6711 Regents Blvd W, Suite B
Tacoma, WA 98466
253-565-5800 x101
Trustee@mwaldronlaw.com
*(US Trustee)*

DATED: June 10, 2020.

/s/ *Allyson Taylor*
Allyson Taylor
Legal Assistant to Scott S. Anders

DECLARATION OF KATELYNN BIAS IN SUPPORT OF AMERICAN EDUCATION SERVICES' MOTION TO VACATE DEFAULT JUDGMENT – Page 5

JORDAN RAMIS PC
Attorneys at Law
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
Telephone: (360) 567-3900 Fax: (360) 567-3901
54115-78504 4823-2795-5903.1

Case 20-04012-MJH    Doc 23    Filed 06/10/20    Ent. 06/10/20 12:48:42    Pg. 5 of 5