**Below is the Order of the Court.**

*[Signature: Mary Jo Heston]*

**Mary Jo Heston**
**U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

___

UNITED STATES BANKRUTPCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON - TACOMA

| | |
|---|---|
| In re: | Adversary Case No. 20-04012-MJH |
| ANGELA YUN DELGADO, | BK Case No. 19-43978-MJH |
| Debtor. | Chapter 7 |
| | ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE |
| ANGELA YUN DELGADO, | |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, et. al., | |
| Defendants. | |

THIS MATTER having come before the Court upon the filing of the Plaintiffs' Motion to Voluntarily Dismiss Adversary Proceeding Without Prejudice, all parties having been given

ORDER GRANTING PLAINTIFF'S MOTION TO
VOLUNTARILY DISMISS ADVERSARY
PROCEEDING WITHOUT PREJUDICE - 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WA 98104
telephone (206) 330-0595
fax 1 (206) 400-7609

Case 20-04012-MJH    Doc 23    Filed 11/02/20    Ent. 11/02/20 13:03:02    Pg. 1 of 2

notice and opportunity to respond, and the Court having reviewed and given due consideration to all of the pleadings, filings, and documents of record in this matter, it is hereby:

ORDERED that Plaintiff Angela Yun Delgado fka Angela Yun Motts's Motion to Voluntarily Dismiss Adversary Proceeding without Prejudice is GRANTED.

// END OF ORDER //

Presented by:

*/s/ Christina L Henry*
Christina Latta Henry, WSBA #31273
Henry & DeGraaff, PS
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595 / Fax# +1-206-400-7609
chenry@hdm-legal.com
Attorney for Angela Yun Delgado fka Angela Yun Motts

(Proposed) ORDER GRANTING PLAINTIFF'S MOTION
TO VOLUNTARILY DISMISS ADVERSARY
PROCEEDING WITHOUT PREJUDICE - 2

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WA 98104
telephone (206) 330-0595
fax 1 (206) 400-7609

Case 22-00401-MJH    Doc 38    Filed 10/24/22    Ent. 10/24/22 13:24:50    Pg. 2 of 2